## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DENISE KREKSTEIN**<br>**Plaintiff,**<br>v.<br>**MCDONALD'S CORPORATION**<br>**Defendant.** | **CIVIL ACTION NO. 20-5770** |

## ORDER

**AND NOW,** this 19th day of July 2021, upon consideration of Defendant's Motion to Dismiss Count I of the Complaint, the replies and response thereto, the supplemental briefing, and for the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that Defendant's Partial Motion to Dismiss [Doc. No. 3] is **GRANTED**. Count I of Plaintiff's Complaint is **DISMISSED** as specified in the accompanying opinion. It is further **ORDERED** that Defendant shall file an answer as to Plaintiff's remaining claim on or before **August 2, 2021**, and the Court will schedule a telephone conference pursuant to Federal Rule of Civil Procedure 16.

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**