# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DENISE KREKSTEIN,**          **Plaintiff,** <br> v. <br> **MCDONALD'S CORPORATION,**         **Defendant.** | **CIVIL ACTION NO. 20-5770** |

## ORDER

**AND NOW,** this 17th day of June 2022, upon consideration of Defendant's Motion to Compel the Forensic Examination of Plaintiff's Complete Original Notebook [Doc. No. 31] and the related briefing, it is hereby **ORDERED** that the Motion is **GRANTED** as follows:

1. No later than **July 1, 2022,** Plaintiff shall produce the complete original notebook for forensic testing, and counsel for the parties shall meet and confer to agree upon a reasonable method of transporting the notebook to and from the laboratory of Gerald M. LaPorte, Defendant's expert.

2. Gerald M. LaPorte shall perform the tests outlined in the Forensic Document Examination Testing Protocol previously provided to Plaintiffs. This protocol is reproduced in on page 2 of Gerald M. LaPorte's Affidavit [Doc. No. 33-1].

It is so **ORDERED.**

                                                  **BY THE COURT:**

                                                  /s/ Cynthia M. Rufe

                                                  **CYNTHIA M. RUFE, J.**